REVISED DATE 09/2001

FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.

UNITED STATES DISTRICT COURT

NO. _____
(leave this space blank)

FILED BY _____ D.C.

DEC 27 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MICHAEL STAPLETON

(enter full names of each plaintiff(s)

v.

Inmate Number 17627-104

AGENT FRANCISCO QUINONES

HOMELAND SECURITY - DIRECTOR

DISTRICT ATTORNEY OFFICE - DISTRICT ATTORNEY.

(enter full names of each defendant(s)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I.    HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES ( )   NO (✓)

If your answer is YES, describe the former lawsuit in the space provided below:

_____

_____

_____

II.   DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? YES ( )   NO (✓)

If your answer is YES:

1. What steps did you take? _____

2. What was the result? (Attach copies of grievances or other supporting documentation.)

_____

Page 1 of 5

REVISED DATE: 09/2001

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____ There are no grievance procedures at the correctional facility at which I am being confined.

_____ This cause of action arose at _____, and I am now being housed at _____. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

_____ I have exhausted by administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III.   PARTIES:
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff: _MICHAEL STAPLETON_

Name of Present Confinement _FEDERAL CORRECTIONAL COMPLEX_

Address of Present Confinement _P.O. BOX 1000 PETERSBURG-VA 23804_

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B.   Defendant   _FRANCISCO QUINONES_
     Position   _SPECIAL AGENT H.L.S_
     Employed at   _DEPARTMENT OF HOMELAND SECURITY_
     Address   _505 S. FLAGLER DR. WEST PALM BEACH, FL 33401_
     Capacity in which being sued: Individual (✓) Official ( ) Both ( )

C.   Defendant   _DISTRICT ATTORNEY OFFICE - DISTRICT ATTORNEY_
     Position   _DISTRICT ATTORNEY_
     Employed at   _DISTRICT ATTORNEY OFFICE_
     Address   _99 N.E. 4th STREET MIAMI, FL 33132_
     Capacity in which being sued: Individual (✓) Official ( ) Both ( )

REVISED DATE: 09/2001

D.   Defendant  Department of Homeland Security

Position  Director

Employed at  West Palm Beach H.LS.

Address  505 S. FLAGLER DRIVE WEST PALM BEACH, FL 33401

Capacity in which being sued:  Individual ( )  Official (✓)  Both ( )

E.   Defendant  _____

Position  _____

Employed at  _____

Address  _____

Capacity in which being sued:  Individual ( )  Official ( )  Both ( )

F.   Defendant  _____

Position  _____

Employed at  _____

Address  _____

Capacity in which being sued:  Individual ( )  Official ( )  Both ( )

IV.   STATEMENT OF CLAIM

State here as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include also the names of the other persons involved, dates and places. DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES. If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

I WAS INDICTED IN Oct-17-2013. I WAS ARRESTED IN FRANKFURT, GERMANY ON MAY 23-2018 AND EXTRADITED TO THE UNITED STATES TO FACE CHARGES. THE PROSECUTION REALIZED THAT THEY MADE A MISTAKE IN CHARGING ME WITH THIS CRIME SO ON FEBRUARY 21st-2019 THE PROSECUTION FILED A MOTION TO DROP THE CHARGES AGAINST ME THAT WAS GRANTED BY THE DISTRICT COURT.
THE AGENTS-PROSECTION LACKED PROBABLE CAUSE

TO CHARGE ME WITH THIS CRIME AND THE AGENTS DO NOT QUALIFY OR HAVE IMMUNITY FOR THEIR ACTIONS BECAUSE CHARGES WERE BROUGHT AGAINST ME IN THE INDICTMENT THAT LACKED FACTUAL BASIS TO SUBSTANTIATE ALL OF THE CHARGES IN THE INDICTMENT. THE INDICTMENT CONTAINED 13 COUNTS, COUNT 13 CHARGED A CRIME OF AIDING AND ASSISTING A CONVICTED FELON TO ENTER THE UNITED STATES. THE RECORD AND DISCOVERY IN THIS CASE IS VOID OF ME COMITTING SUCH ACT. I NEVER TRAVELED TO AMERICA, I NEVER MET THE ALIEN AT THE BORDER OF THE UNITED STATES, I NEVER ACCOMPANIED THE ALIEN OR CAPTAIN A BOAT TO AMERICA TO WHICH THE ALIEN WAS TRANSPORTED IN. ALL OF THE CRITERIAS LISTED ABOVE ARE ALL REQUIRED TO BE CONVICTED OF AIDING AND ASSISTING A CONVICTED FELON TO ENTER THE UNITED STATES. I CAN CONSPIRE FROM ANOTHER COUNTRY BUT I CANNOT AID AND ASSIST A PERSON FROM ANOTHER COUNTRY. SEE CONTINUED PAGE 2 and 3 ATTACHED

V.   RELIEF SOUGHT BY PRISONER

State briefly exactly what you want the Court to do for you. MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.

I AM SEEKING TO RECOVER DAMAGES FOR THE 9 MONTHS I SUFFER IN PRISON AS A RESULT OF THE INJURIES CAUSED BY THE PARTIES INVOLVED. I ALSO SEEK TO RECOVER LOST WAGES AS A RESULT

REVISED DATE: 09/2001

OF THIS CASE. IN THE AMOUNT OF
$150,000 WHICH DOSE NOT INCLUDE PAIN
AND SUFFERING OR LEGAL EXPENSES IF
AN ATTORNEY TAKES OVER THIS CASE.

Signed this __9__ day of __DEC__ , 200__ _2021_

_M. Stapleton_

Signature of Plaintiff

_____

Signature of other Plaintiffs
(if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

_12-09-21_                    _M. Stapleton_  .

Date                            Signature of Plaintiff

_____

Signature of other Plaintiffs
(if necessary)

(2)

CONTINUED PAGE —

AS A FIRST TIME OFFENDER IF CONVICTED OF THE CHARGES IN THE INDICTMENT WHICH WAS ALIEN SMUGGLING MY FEDERAL GUIDELINES WOULD HAVE STARTED AT LEVEL 12 AT CATAGORY (1). BY ADDING COUNT 13 THAT LACKED FACTUAL BASIS MY FEDERAL GUIDELINES WOULD HAVE STARTED AT LEVEL 23 AT CATAGORY (1), TAKING MY SENTENCE IF CONVICTED FROM 10-16 TO 46 PLUS MONTHS SO IT IS VERY CLEAR OF THE PROSECUTION INTENT.

I SPENT 9 MONTHS AWAITING TRIAL, THE TIME SPENT IN PRISON WAS ONLY PART OF THE INJURIES I SUFFERED. I SUFFERED MENTAL ANGUISH FROM THE STRESS FROM WORRYING ABOUT THIS CASE. I SUFFERED LOST WAGES OF 8-12,000 A MONTH FROM MY RENTAL CAR COMPANY THAT WAS A LICENSED BUSINESS THAT I LOST AS A RESULT OF MY ARREST. THE ACTS OF THE AGENTS AND PROSECUTION WERE CLEARLY MALICIOUS,

(3)

PRIOR TO THE PROSECUTION DROPING THE CASE AGAINST ME, THE PROSECUTION USED THE CASE AS A BARGINING TOOL IN A PLEA AGREEMENT OF ANOTHER CASE TELLING ME IF I PLEAD GUILTY OF OR FOR THE OFFENCES OF THE OTHER CASE THEY WILL DROP THE 2013 INDICTMENT. WHEN I REFUSED THE PROSECUTION DROPED THE 2013 INDICTMENT.

I AM SUING FOR MALICIOUS PROSECUTION, DEFORMATION OF CHARACTER AND WRONGFUL IMPRISON-MENT FOR CHARGING ME WITH CRIMES THAT I DID NOT COMMIT AND LIKEWISE LACKED FACTUAL BASIS TO SUBSTANTIATE THE CHARGES IN THE INDICTMENT.

RESPECTFULLY,
Michael Stapleton.
17627-104

Michael
17627-104
Federal Correctional Complex
P. O. Box 1000
Petersburg, V.A. 23804



U.S.M.S.
INSPECTED
BY:_____

U.S. POSTAGE PAID
FCM LG ENV
PETERSBURG, VA
23803
DEC 14, 21
AMOUNT
**$0.00**
R2305K136953-12

1024      33128

⇔17627-104⇔
United States District Cou
400 N Miami AVE
Office of the Clerk 8N09
Miami, FL 33128-7716
United States

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7021 0350 0001 7307 9517

RECEIVED
DEC 13 2021

Legal Mail