United States District Court
Southern District of Florida

Michael Stapleton

v

Agent Francisco Quinones



FILED BY ___PG___ D.C.

JAN 0 4 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

21 CV 82547

Dear Sir/Madam,

On the 9th day of December 2021 I filled out a civil law suit form and mailed it to this court for filing on the 14th day of December, 2021.

That complaint or civil action has a few errors and I am seeking to Amend the action filed by me.

1) I seek to change the names or drop 2 of the names.
I seek to drop the names or parties that of Department of Homeland Security - Director
I also seek to drop the District Attorney Office - District Attorney.

2) I also seek to change the complaint or civil action filed against Agent Francisco Quinones

from being sued in his official capacity to being sued under his individual capacity.

The only defendant in this case should be Agent Francisco Quiniones that is being sued in an individual capacity. All other defendants I seek to have removed from this civil suit.

Respectfully,
Michael Stapleton
17627-104.

Michael Stapleton
17627-104
Federal Correctional Complex
P. O. Box 1000
Petersburg, V. A. 23804

RICHMOND VA 230

29 DEC 2021 PM 4 L

⇔17627-104⇔
United States District Cou
400 N Miami AVE
Office of the Clerk 8N09
Miami, FL 33128-7716
United States

Legal Mail

33128-771699

**USMS INSPECTED**     **RECEIVED**     JAN 04 2022
9:01 AM