Stapleton

vs

Quinones



FILED BY _____ D.C.

JAN 25 2022

ANGELA E. NOBLE,
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case No: 9:21-Cv-82547-MGC.

Motion to Amend.

Comes Now,

Movant, Michael Stapleton, proceeding prose moves this Honorable court to hear and grant this motion to amend.

Pro-se litigants must be given at lease (1) time to amend, Rudolph Carneiro vs USCIS District Director, 2021 U.S. App Lexis 22943 (11th Cir 2021).

Quinones violated Movants Fourth Amendment Rights to be free from unreasonable seizures by arresting Movant for a charge that lacked probable cause that resulted in Movant spending 9 months in Federal Prison.
Quinones likewise violated Movants right to Due Process by charging Movant with a crime with the sole purpose of increasing Movants

sentence, if convicted.

Movant never traveled to the United States, Movant never captained a boat to the United States nor did Movant met an alien at the border of the United States. The record in this case is completely void of Movant comitting such acts, infact Movant was arrested 5 years after this crime was comitted and later extradited from Germany to face the alien smuggling charges in America.

The endictment charged Movant with 14 counts of violating alien smuggling charges in America. Counts 13 and 14 charged Movant with aiding and assisting and aiding and abetting a convicted felon to enter the United States. Movant never comitted these crimes and therefore Agent Quinones lacked probable cause to arrest and charge Movant with comitting these offences.

When Congress enacted the alien smuggling laws, a person who violated the alien smuggling acts if found guilty for the first time the defendant federal Guide-lines would have started at level 12

(3)

at catagory (1). By adding the charge of aiding and assisting a convicted felon, if convicted a defendants federal guidelines would Start at level 23 at catagory (1). Level 12 carries a penalty of 10-16 months and at level 23 carries a penalty of 46-57 Months. It is clear that the intent of Agent Quinones was to have Movants sentence enhanced if convicted, for a crime that lacked probable cause and likewise lacked factual basis to substantiate the charges in the criminal indictment.

Agent Quinones is being sued in both his official capacity and individual capacity. Agent Quinones violated clearly established official government policy and customs and likewise violated and deprived Movant of his constitution rights, his Fourth Amendment Rights to be free from unreasonable seizures, his Due Process Rights, Malicious Prosecution and False Imprisonment. All charges were dropped 9 Months later by the prosecution.
Movant prays that this Court grants this Motion

01-17-2022.

Respectfully
Michael B Stapleton

Case 9:21-cv-82547-DPG   Document 9   Entered on FLSD Docket 01/25/2022   Page 4 of 4

**USMS INSPECTED**     **RECEIVED**

JAN 25 2022
2:37 PM



Legal Mail

33128-771699

17627-104

United States District Cou
400 N Miami AVE
Office of the Clerk 8N09
Miami, FL 33128-7716
United States

Michael Stephen
17627-104
Federal Correctional Complex
P.O. Box 1000
Petersburg, V.A. 23804

RICHMOND VA 230
20 JAN 2022 PM 6
FOREVER / USA