January 122, 2022.

Special Agent - Francisco Quinones
Department of Home Land Security
    Re: Case No: 9:21-CV-82547-MGC.

FILED BY _____ D.C.

JAN 31 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Sir,
        Please find attached 4 pages of
22 questions and interrogatories. All answers
must be given under the penalty of perjury
or under oath according to Rule 33 (b) (3).

Pursuant to Federal Rules of Civil Procedures
33 and 34 your objections and responses are
due in 30 days.

If additional time is needed please feel free
to contact me with a letter of notification.

I would also like to be provided with a copy
of the affidavit used in case No: 13-80201
to obtain a warrant for my arrest.

                            Respectfully
                            Michael Stapleton
                            17627-104.

Case No. 9-21-CV-82547-MGC

Stapleton
vs
Quinones

Dated 01-22-2022

Questions and Interrogatories
Special Agent - Francisco Quinones
Department of Homeland Security.
Reference: Case No. 13-80201

1) Were you the Lead agent in Case No. 13-80201?

2) Can you tell me the names of all of the agents envolved in case No. 13-80201?

2

3) Did you have probable cause to arrest and charge me with all of the charges in case no: 13-80201?

4) Who prepared the affadavitt to be presented to the judge to obtain a warrant of arrest in case no: 13-80201?

5) Can you provide me with a copy of that affadavitt that was used to obtain the arrest warrant in case no: 13-80201?

6) Can you tell me if there was any evidence to prove that I captoened a boat to America?

7) Can you tell me if there is any evidence in case No: 13-80201 to support the finding that I accompanied the aliens or met them at the border of the United States?

8) Did you know that I was charged in counts 13 and 14 of case No: 13-80201 with aiding and abetting and assisting a convicted felon to enter the United States?

9) Why was I charged with assisting a convicted felon to enter the United States if there was no evidence to support the charges outlined in case No: 13-80201

10) Did you know that the discovery in Case No. 13-80201 is void of any evidence that I was arrested at the time this crime took place?

11) Did you know that the discovery in this case is void of any evidence that I aided or assisted a convicted felon of case no. 13-80201?

12) Is it true that I never accompanied any of the aliens that was arrested in case No. 13-80201 en route to America?

13) Did you know that I was arrested for the first time in connection to case No. 13-80201 in May of 2018?

(5)

14) Was I purposely charged with aiding and assisting a convicted felon in order to increase my sentence, if convicted?

15) Did you know that by charging me with aiding and assisting a convicted felon to enter the United States, if convicted it would have increased my Federal Guidelines by 11 levels?

16) Did you know that by charging me with aiding and assisting a convicted felon to enter the United States, if convicted I would have been sentenced to 46-57 months?

17) Did you know that if I was not charged with aiding and assisting a convicted felon to enter the United States my federal guidelines would have Started at level 12 at catagory (1) ?

18) Did you know that I would have received a sentence of 10-16 months if convicted of the crimes in case No. 13-80201 at level 12 at catagory (1)?

19) Did you know that the case was droped against me 9 months after my arrest?

20) Why was the case droped against me?

21) Is it true that the reason the case was dropped against me was because there was no evidence to support the charges outlined in the indictment of Case no. 13-80201?

22) Do you plan on compensating me for the injuries that I suffered as a result of charging me with a crime that I did not commit?

End of Questions and Interrogatories

Dated this 22 of January, 2022

Respectfully Submitted
Michael Popleton
17627-104.

# CERTIFICATE OF SERVICE

I, _Michael Stapleton_, hereby certify that on _01-22-2022_, I
     [name]                                                     [date]

served copies of _Questions and Interrogatories_
                           [name of document]

on the following parties by way of _U.S. Postal Services_ :
                                  [U.S. mail, UPS, overnight mail, email, fax, courier, etc.]

[List name and address of each attorney\party served]

To: Agent Francisco Quinones
Department of Homeland Security
505 S. Flagler Drive
West Palm Beach Fl 33401

To: United States District Court
400 N. Miami Ave
Office of the Clerk Room 8N09
Miami, Florida 33128

_01-22-2022_
Date

_M. Stapleton_
Signature

(Rev 10/03)

Case No. 9-21-CV-82547-MGC

Stapleton

vs

Quiniones.

Dated 01-22-2022

Please find attached a copy of the Questions and Interrogatories that were served on Special Agent Francesco Quinones at his place of work, The Department of Homeland Security via the United States Postal Service

Respectfully,

Michael Stapleton

17627-104.

Michael Shefferton
17627-104
Federal Correctional Complex
P.O. Box 1000
Petersburg, V.A. 23804

RICHMOND VA 23

24 JAN 2022 PM 6

FOREVER

Legal Mail

⇔ 17627-104 ⇔
United States District Cou
400 N Miami AVE
Office of the Clerk 8N09
Miami, FL 33128-7716
United States

33128-771699