Michael Stapleton
vs
Francisco Quinones



FILED BY _____ D.C.

FEB 15 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case No: 21-CV-82547-Cooke

02-10-2022.

I am writing this court to informe the Judge that on the 10th day of January this Court gave a few written orders, see docket entries 5, 6, 7, and 8.
However it appears that someone purposely held onto docket entry 7 which was an order given by the court allowing me to amend my complaint with a dead line date attached.
nearly 2 weeks has passed since I received docket entries 5 6 and 8. which I received in late January, 2022. However the order of the court in docket entry 7 was all mailed out on the same date as the other docket entries but "only" docket entry 7 reach to me well passed the dead line out lined by the court. I received the order of the court on 02-09-2022 that was

signed and dated by the correctional officer that gave the letter to me on 02-09-22. It appears that someone purposely held onto docket entry 7 to well past the dead line for me to respond in hopes of me not filing a reply in the time ordered by this court. Also the form that was sent to me was not the correct form to which I filled out sign and dated and mailed to the court on the 9th day of February, 2022.

I ask this court to not hold me accountable for the late mail because I am not at fault for the passing of the dead line to file the Amended Complaint ordered by the court.

I amended the complaint naming the correct defendant as ordered by the court using the incorrect form sent to me by the Clerk. I did not add anything to the complaint because the form was incorrect.

Respectfully

Michael Stapleton

17627-104.

Michael Stapleton
17627-104
Federal Correctional Complex
P.O. Box 1000
Petersburg, V.A. 23804.

RICHMOND VA 230
10 FEB 2022 PM 2 L

⇔17627-104⇔
United States District Cou
400 N Miami AVE
Office of the Clerk 8N09
Miami, FL 33128-7716
United States

33128-771699

Legal Mail

**USMS
INSPECTED**    **RECEIVED**

FEB 15 2022
11:28 AM