Stapleton

vs

Quinones



FILED BY_____D.C.

FEB 22 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case No. 21-CV-82547-Cooke.

On the 9th day of February I received an order from the court directing me to file an amended complaint. The order is dated the 10th day of January, 2022.

The order further states that I had until January, 30th to file an Amended Complaint. January, 30th has came and went for I have just received the order of the court on February, 9th, 2022, the dead line has already passed. I am asking this court to consider this factor before it dismissed my suit for the fault is not mine but that of the postal service. I have amended the complaint as stated in my letter to this court (EFC No. 4.). This will drop the other defendants and the sole defendant is Special Agent Francisco Quinones; as ordered by the court.

The Form that was sent to me by the clerk

is not the correct form so I only did as instructed by the court and changed the name of the defendants. I did not fill out the other information because most of not all of the questions relates to injuries suffered at a prison institution and this is not the basis of my law suit.

I however signed and dated the form.

Apart from the defendants being change from 3 to 9 all of the alligations remain the same.

Respectfully,
Michael Stapleton
17627-104
February, 9th, 2022.

M. Bynes 2-9-22 Letter Given to Inmate

As proof that I received the order of the court on the above listed date, it was signed by the officer that gave me the letter.

Michael Stapleton
17627-104
Federal Correctional Complex
P.O. Box 1000
Petersburg, V.A. 23804



⇔17627-104⇔
United States District Cou
400 N Miami AVE
Office of the Clerk 8N09
Miami, FL 33128-7716
United States

Legal Mail

331287716 0075

**USMS
INSPECTED      RECEIVED**

FEB 18 2022
11:35 AM