**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-82547-COOKE**

MICHAEL STAPLETON,

     Plaintiff,

 v.

AGENT FRANCISCO QUINONES,
*et al.*,

     Defendants.

_____/

### OMNIBUS ORDER ON PENDING MOTIONS

Upon review of the record the Court issues this order addressing outstanding motions filed by Plaintiff. Plaintiff filed his complaint suing three defendants. ECF No. 1. He then filed a motion/notice to amend the complaint indicating that he only wanted to sue one individual, Special Agent Francisco Quinones. ECF No. 4.

The Court directed Plaintiff to file an amended complaint. ECF No. 7. Plaintiff filed a Motion to Amend and was granted an extension to file his Amended Complaint. ECF No. 10. Plaintiff filed an Amended Complaint along with a Motion to Amend his initial complaint. ECF Nos. 14, 15. The Motion to Amend included yet another Amended Complaint, ECF No. 15-1. The Court was in the process of reviewing the Amended Complaint when Plaintiff filed a Motion for Summary Judgment, ECF No. 16. Plaintiff filed a second Motion for Summary Judgment on March 22, 2022, indicating that he was entitled to judgment because Defendant Quinones had not responded to his complaint. ECF No. 19.

Plaintiff's Motion to Amend, ECF No. 15, contains the most recent iteration of the Complaint. The Motion, ECF No. 15, will be granted and the Amended Complaint, ECF No. 15-1, will be the operative complaint. The Court will be issuing a screening order shortly addressing this Amended Complaint as required by 28 U.S.C. § 1915.

Until such time as the screening is complete a Motion for Summary Judgment is premature. *See e.g., Tyson v. Tanner*, No. 08-4445, 2008 WL 4948769, *3 (E.D. La. Nov. 18, 2008) (denying a motion for summary judgment without prejudice under a similar procedural

posture). At this point in the proceedings the Court has not yet obtained personal jurisdiction over the Defendant. If the Amended Complaint is permitted to proceed the Court will direct the United States Marshal to serve Defendant with the Amended Complaint.

Accordingly, it is:

**ORDERED** that:

1. The Motion to Amend, ECF No. 15, is **GRANTED**.

2. The Amended Complaint found at ECF No. 15-1 will be the operative complaint.

3. The two Motions for Summary Judgment, ECF Nos. 16, 19, are **DENIED without prejudice** as premature.

4. The Clerk shall mail a copy of the proper form along with this order to Plaintiff.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 5th day of April 2021.

MARCIA G. COOKE
United States District Judge

cc:
Michael Stapleton
17627-104
Petersburg Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1000
Petersburg, VA 23804
PRO SE