May, 3rd, 2022

FILED BY _____ D.C.

MAY 10 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Stapleton

vs

Quinones

21-cv
Case No: 82547 - COOKE

I am writing this letter to the Court asking this Court to reverse its April, 20, 2022 Court Order that is filed in docket entry 22. This court gave an order to allow the dismissal of the above listed suit to count as a Strike against me under 1915 (e)(2)(B)(ii). This court gave a previous order to the prison to discount 20% of any money that hits my account here at the prison once the amount is over 10.00 dollars. The prison has began deducting payments from my account. This court seeks to penalize me and have me pay for the suit at the same time. This order should be reversed because one cannot take the money to cover the cost of the suit and allow it to count as a Strike towards me. The Federal Rules of Civil Proceedures does not allow to punish a person and charge them at the same time. I ask this court to please

reverse this order. This court may send another order to pay the full amount of the filing of the suit if it so desire but I ask this Court to reverse the Strike against me because it is not warranted if I am paying the cost of the law suit and the filing thereof because the money is being deducted from my account.

Respectfully,
Michael Stapleton.
17627-104.



Michael [signature]
17627-104
Federal Correctional Complex
P.O. Box 1000
Petersburg, V.A. 23804

RICHMOND VA  230
4 MAY 2022  PM 2  L

⇔17627-104⇔
United States District Cou
400 N Miami AVE
Office of the Clerk 8N09
Miami, FL 33128-7716
United States

BY _____

Legal Mail

33128-771699

USMS
INSPECTED

RECEIVED

MAY 10 2022
2:02 PM