**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-82547-Civ-GAYLES**

MICHAEL STAPLETON,

     Plaintiff,

vs.

AGENT QUINONES, *et al.*,

     Defendants.

_____/

### ORDER DENYING MOTION TO REMOVE STRIKE

Plaintiff has filed a "Motion to Remove Strike" [ECF No. 36] in which he requests that the Court find that this case should not count as a strike under the "three strikes" provision of 18 U.S.C. § 1915. Plaintiff, without citation, asserts that Eleventh Circuit precedent requires the removal of a strike designation after the full filing fee has been collected.

The Court has found no support for Plaintiff's assertion. The plain language of the "three strikes" rule makes no provision for such removal of a strike designation. The statute provides that:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C § 1915(g). This provision makes no mention of the payment of a fee or the grant of in forma pauperis standing. The rule applies to any prisoner who has had an action or appeal dismisses as frivolous, malicious, or for failing to state a claim. The payment or nonpayment of the fee is not considered. Therefore, Plaintiff's request for removal of the strike designation is without merit and will be denied.

Accordingly, for the reasons discussed above, it is **ORDERED and ADJUDGED** that:

1. The Motion to Remove Strike [ECF No. 36] is **DENIED**.

2. The Clerk is directed to **MAIL** Petitioner a copy of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of April, 2023.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

*Copies furnished to:*
Michael Stapleton
17627-104
Petersburg Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1000
Petersburg, VA 23804
PRO SE

Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov